UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LOYAL MCLOUD and SAMMIE MCLOUD, husband and wife, | ) ) ) |
| Plaintiffs, | ) NO.  CV-09-3081-LRS ) ) |
| -vs- | ) ) |
| PACIFICORP DBA PACIFIC POWER & LIGHT COMPANY, a foreign corporation, | ) **ORDER OF DISMISSAL** ) ) ) |
| Defendants. | ) ) |

Pursuant to the stipulation of the parties (Ct. Rec. 14) filed September 30, 2010, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without any costs or attorney fees to any party.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE FILE.**

**DATED** this 4th day of October, 2010.

*s/Lonny R. Suko*

LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER